# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

TUAN V. MAI,

        Plaintiff,

v.                                                                   CV No. 19-441 CG

ANDREW SAUL,
Commissioner of the Social Security
Administration,

        Defendant.

## ORDER GRANTING SECOND UNOPPOSED
## MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Plaintiff Tuan V. Mai's *Second Unopposed Motion to Extend Briefing Deadlines* (the "Motion"), (Doc. 17), filed November 22, 2019. After reviewing the Motion and noting it is unopposed, the Court finds the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until **December 6, 2019**, to file a Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum, Defendant shall have until **February 7, 2020**, to file a Response, and Plaintiff may have until **February 21, 2020**, to file a Reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE