**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

TUAN V. MAI,

      Plaintiff,

v.                                                                                           CV No. 19-441 CG

ANDREW SAUL,
Commissioner of the
Social Security Administration,

      Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION

**THIS MATTER** is before the Court on Defendant's *First Unopposed Motion for Extension of Time* (the "Motion"), (Doc. 20), filed January 29, 2020. In the Motion, Defendant requests an extension of time to file a response to Plaintiff's *Motion to Reverse and Remand for Rehearing with Supporting Memorandum*, (Doc. 19). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall have until March 9, 2020, to file a response and Plaintiff shall have until March 23, 2020, to file a reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE