# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

TUAN V. MAI,

      Plaintiff,

v.                                                                                 CV No. 19-441 CG

ANDREW SAUL,
Commissioner of the
Social Security Administration,

      Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR REMAND

**THIS MATTER** is before the Court on Defendant's *Unopposed Motion to Remand to Agency* (the "Motion"), (Doc. 22), filed March 6, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Commissioner's decision in this matter is **REVERSED** under sentence four of 42 U.S.C. § 405(g) and this case is **REMANDED** to the Commissioner for further administrative proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE