IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TUAN V. MAI,

    Plaintiff,

v.                                                                               CV No. 19-441 CG

ANDREW SAUL,
Commissioner of the
Social Security Administration,

    Defendant.

## FINAL JUDGMENT

Pursuant to the Court's *Order Granting Defendant's Unopposed Motion for Remand*, (Doc. 23), the Court enters this Judgment under Rule 58 of the Federal Rules of Civil Procedure **REMANDING** this case to the Commissioner of the Social Security Administration for further administrative action. *See* 42 U.S.C. § 405(g) (sentence four).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE